# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

STEPHANIE WILLIAMS,

    Plaintiff,

    v.

HARBORVIEW SATILLA, LLC,

    Defendant.

CV 5:25-139

## ORDER

Before the Court is a stipulation of dismissal, dkt. no. 18, wherein the parties notify the Court that Plaintiff wishes to dismiss her claims against Defendant with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action are hereby **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED**, this 18 day of May, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA